UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:23-cv-10414-TJH-MAR |
| Date | September 30, 2025 |
| Title | Wellbest Industries, Ltd. v. Retail Consumer Science, LLC et al |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

V.R. Vallery
Deputy Clerk

Not Present
Court Reporter

Attorneys Present for Plaintiff:

NONE PRESENT

Attorneys Present for Defendant:

NONE PRESENT

Proceedings:   **(IN CHAMBERS) ORDER GRANTING CLAIMANT EUGENE KIM'S REQUEST FOR ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER [21]**

The Court has considered Claimant Eugene Kim's Request for Order for Service of Process by Registered Process Server. The request is GRANTED.

00 : 00

Initials of Deputy Clerk VRV