Docusign Envelope ID: DBC050F8-A8E6-406F-BB0C-1C8A3438C716

**POS-020**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
EUGENE KIM - ASSIGNEE OF RECORD
100 S ALAMEDA ST #252
LOS ANGELES, CA 90012

TELEPHONE NO.: (213)800-4989    FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* PRO SE

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 255 E TEMPLE STREET
MAILING ADDRESS: SAME AS ABOVE
CITY AND ZIP CODE: LOS ANGELES, CA 90012
BRANCH NAME: ROYBAL COURTHOUSE

PETITIONER/PLAINTIFF: WELLBEST INDUSTRIES, LTD

RESPONDENT/DEFENDANT: RETAIL CONSUMER SCIENCE, LLC ET AL

**PROOF OF PERSONAL SERVICE—CIVIL**

CASE NUMBER:
2:23-cv-10414-TJH-MAR

FILED
CLERK, U.S. DISTRICT COURT
10/28/25
CENTRAL DISTRICT OF CALIFORNIA
BY ___CS___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. I am over 18 years of age and **not a party to this action**.
2. I served the following **documents** *(specify):*
   CV-4P ORDER, AO 88B, ATTACHMENT 2 ( PERSONAL, BUSINESS)

   ☐ The documents are listed in the *Attachment to Proof of Personal Service—Civil (Documents Served)* (form POS-020(D)).

3. I personally served the following **persons** at the address, date, and time stated:
   a. Name: JOE WEAVER
   b. Address: 534 CONTESSA IRVINE, CA 92620
   c. Date: 10/25/25
   d. Time: 12:00 PM

   ☐ The persons are listed in the *Attachment to Proof of Personal Service—Civil (Persons Served)* (form POS-020(P)).

4. I am
   a. ☐ not a registered California process server.
   b. ☑ a registered California process server.
   c. ☐ an employee or independent contractor of a registered California process server.
   d. ☐ exempt from registration under Business & Professions Code section 22350(b).

5. My name, address, telephone number, and, if applicable, county of registration and number are *(specify):*
   SAM CAFIERO
   13089 PEYTON DR #C458 CHINO HILLS, CA 91709
   909-993-7644
   CA # 2020 057 438

6. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
7. ☐ I am a California sheriff or marshal and certify that the foregoing is true and correct.

Date: 10/25/25

SAM CAFIERO- RPS 2020057438
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶ Signed by: [signature]
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Form Approved for Optional Use
Judicial Council of California
POS-020 [New January 1, 2005]

**PROOF OF PERSONAL SERVICE—CIVIL**

Code of Civil Procedure, § 1011
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com