Docusign Envelope ID: 42C3FD19-15A3-4AA2-8632-5E141F6DDF54

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:23-cv-10414-PSG-MAR

FILED
CLERK, U.S. DISTRICT COURT
10/28/25
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* JOE WEAVER
on *(date)* 10/24/2025 .

☑ I served the subpoena by delivering a copy to the named person as follows:
534 CONTESSA, IRVINE, CA 92620 at 12:00 PM

on *(date)* 10/25/2025 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/25/2025

Signed by:
[signature]
42F194E921BE40E...
*Server's signature*

SAM CAFIERO
*Printed name and title*

13089 PEYTON DR #C458 CHINO HILLS, CA 91709
*Server's address*

Additional information regarding attempted service, etc.: